UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOCIAL AID AND PLEASURE CLUB<br>TASK FORCE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-10057<br>c/w 07-1425 |
| CITY OF NEW ORLEANS, LOUISIANA, ET AL. | SECTION "N" (5) |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and with prejudice, to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

        COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE
        BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED
        BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u> 25th </u> day of <u>April</u>, 2007.

                                              **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**