FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 14 AM 10: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SOCIAL AID AND PLEASURE CLUB, et al | * | CIVIL ACTION |
| VERSUS | * | NO. 06-10057 c/w 07-1425 |
| CITY OF NEW ORLEANS, et al | * | SECTION "N-5" |

*    *    *    *    *    *    *    *

## CONSENT JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come all parties hereto for the purpose of amicably resolving all issues presented in the above entitled, numbered, and consolidated causes of action, the parties have agreed to the entry of this Consent Judgment which expresses a full and complete compromise and settlement of all claims and causes of action, of any kind or nature whatsoever, asserted by plaintiffs herein, and with the specific, material, and express understanding and acknowledgement, without which the parties would not have entered into this Consent Judgment, that said Judgment shall not and does not operate as an admission of liability on the part of any of the defendants herein, each of whom expressly denies and such liability, to wit:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant, the City of New Orleans shall charge, and plaintiffs herein agree to pay, in addition to the fee charged by the Department of Finance of the City of New Orleans for the issuance of a parade permit, the sum of One Thousand Nine Hundred Eighty-Five and No/100 ($1,985.00) Dollars, to the City of New

1

Fee _____
Process _____
X  Dktd _____
CtRmDep _____
Doc. No. _____

Orleans, or its designee, to compensate for the services, at the city's overtime rate, of ten police officers at each second line parade, all in accordance with the provisions of the Municipal Code of the City of New Orleans Section 154-1658. Any and all parades paying said sum for the services of said police officers shall agree to conduct said second line parades during a period of time not to exceed four (4) hours with an additional one (1) hour period of time immediately following said parade for the purpose of disbanding the parade and its participants at the parade's designated conclusion point, which said disbandment shall be conducted in such a manner as to provide for the safe disbursement of the parade organizers, their members, and any and all ancillary participants. During the first fifteen (15) minutes of the aforementioned one (1) hour period for disbanding, police officers shall not use sirens to effectuate the disbandment of parade participants, except in emergency situations.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendant, the City of New Orleans shall charge, and plaintiffs herein may agree to pay, in addition to the fee charged by the Department of Finance of the City of New Orleans for the issuance of a parade permit, the sum of Two Thousand Four Hundred Thirty and No/100 ($2,430.00) Dollars, to the City of New Orleans, or its designee, to compensate for the services, at the city's overtime rate, of ten police officers at each second line parade, all in accordance with the provisions of the Municipal Code of the City of New Orleans Section 154-1658. Any and all parades paying said sum for the services of police officers shall agree to conduct said second line parades during a period of time not to exceed four (4) hours with an additional two (2) hour period of time immediately following said parade solely for the purpose of disbanding the parade and its participants at the parade's designated conclusion point,

2

which said disbandment shall be conducted in such a manner as to provide for the safe disbursement of the parade organizers, their members, and any and all ancillary participants. During the first hour of the aforementioned two (2) hour period for disbanding, police officers shall not use sirens to effectuate the disbandment of parade participants, except in emergency situations.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the City of New Orleans will provide to the designated representative of the parade organization no less than forty-eight (48) hours prior to the time designated for the start of said parade, a list of those police officers known to be assigned to parade coverage.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, within seven (7) working days following the conclusion of the parade event, the City of New Orleans will provide to the designated representative of the parade organization a listing of the ten (10) police officers compensated from the funds paid pursuant to this agreement together with the hourly rate at which each such officer was compensated, following which the City of New Orleans shall refund to the parade organization any sum remaining in excess of the amount paid by said organization for the services of the said ten (10) police officers, less the sum of Twenty-Five and No/100 ($25.00) Dollars to be retained as an administrative fee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the City of New Orleans shall not require the posting of bond requirements set forth in LSA-R.S. 14:326(B) prior to issuance of a parade permit.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the City of New Orleans shall pay to counsel for all plaintiffs herein the sum of Eleven Thousand and No/ 100

($11,000.00) Dollars as attorney fees and costs herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED plaintiffs do hereby dismiss any and all claims and/or causes of action asserted herein with prejudice against all named defendants, each party to bear its own costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Consent Judgment is based upon the provisions and limitations of the Municipal Code of the City of New Orleans existing at the time of the execution of this agreement and that all parties hereto are free to seek amendment, revision or repeal of any municipal ordinances bearing on this Consent Judgment.

NEW ORLEANS, LOUISIANA, this 14th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

Submitted for entry:


Katie Schwartzmann, No. 30295
*Staff Attorney*
*ACLU-F of Louisiana*
P.O. Box 56157
New Orleans, La 70156
(504) 592-8056


Carol Kolinchak, No. 22495
*Cooperating Attorney*
*ACLU-F of Louisiana*
1340 Poydras Street, Suite 2110
New Orleans, Louisiana 70112
(504) 212-2110

*Attorneys for Plaintiffs*


Joseph DiRosa
*Chief Deputy City Attorney*
*City of New Orleans*
1300 Perdido Street
Room 5E03
New Orleans, La 70112
(504) 658-9800

*Attorney for Defendants*